| Attorney or Party without Attorney: <br> Edward Y. Kroub, Esq. <br> Cohen & Mizrahi, LLP <br> 300 Cadman Plaza West <br> 12th Floor <br> Brooklyn, NY  11201 <br> Telephone No: 929-575-4175     FAX No: 929-575-4195 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
  United States District Court - Eastern District Of New York

Plaintiff: Menachem Silber
Defendant: Experian Information Solutions, Inc.

| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 21CV02503BMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Violations of the Fair Credit Reporting Act; Civil Cover Sheet.

3. a. Party served:   Experian Information Solutions, Inc.
   b. Person served:   Gina Martinez, Employee of the Buildings Messenger Center. Hispanic, Female, 25-30 Years Old, Brown Hair, Brown Eyes, Wearing Glasses, 4 Feet 10 Inches, 130-140 Pounds (Served per CT Corp. current policy in place due to COVID19).

4. Address where the party was served:   C T Corporation
   28 Liberty Street
   New York, NY  10005

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., May. 13, 2021 (2) at: 10:04AM

7. Person Who Served Papers:                                    Fee for Service:
   a. Bobby  Ali
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
Summons & Complaint                              (Bobby Ali)

edwkro.219337