UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MENACHEM SILBER,<br><br>                Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                Defendants. | Case No.:   1:21-cv-02503<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC** |

Plaintiff Menachem Silber, ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Experian Information Solutions, Inc., (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action as to Defendant Experian Information Solutions, Inc., and adjourn all deadlines and conferences.

- 2 -

DATED:  June 29, 2021  **COHEN & MIZRAHI LLP**
EDWARD Y. KROUB

/s/ Edward Y. Kroub
———————————————
EDWARD Y. KROUB

EDWARD Y. KROUB
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone:  929/575-4175
929/575-4195 (fax)
edward@cml.legal

*Attorneys for Plaintiff*

- 2 -